IN RE THE APPLICATION OF THE ROSELAND AMBULATORY
SURGI CENTER FOR A CERTIFICATE OF NEED PURSUANT
TO *N.J.S.A.* 26:2H–1, *ET SEQ.*

March 17, 1980.

Petition for certification denied.

STATE OF NEW JERSEY v. EVERETT DOLLAR.

March 17, 1980.

Petition for certification denied.

STATE OF NEW JERSEY v. RAYMOND ALVES.

March 17, 1980.

Petition for certification denied.